UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

WILLIAM ALAN EVANS, AKA, BILL EVANS,
XXX-XX-6638
RAEGEN LEIGH EVANS, XXX-XX-7632,
Debtors,

CHAPTER 7
CASE NO. 15-23751 CDP

Wells Fargo Bank, N.A., dba, Wells Fargo Dealer
Services,

Movant,

vs.

WILLIAM ALAN EVANS, AKA, BILL EVANS,
XXX-XX-6638
RAEGEN LEIGH EVANS, XXX-XX-7632, and
Joli A. Lofstedt, Chapter 7 Trustee,
Respondents.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by Wells Fargo Bank, N.A., dba, Wells Fargo Dealer Services, for Relief from Stay, no response having been received thereto by the date set in the Notice for filing of such response, it is hereby

**ORDERED** that Wells Fargo Bank, N.A., dba, Wells Fargo Dealer Services, its predecessors, successors and assigns, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362 (d) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

2008 JEEP WRANGLER VIN 1J4GA59148L650717

AND such automatic stay is hereby terminated as to the above-described property and Wells Fargo Bank, N.A., dba, Wells Fargo Dealer Services may proceed to pursue its state law rights and remedies allowed under the Retail Installment Agreement and Certificate of Title.

AND such automatic stay is hereby terminated as to the above-described property and Wells Fargo Bank, N.A., dba, Wells Fargo Dealer Services may proceed to pursue its state law rights and remedies allowed under the Retail Installment Agreement and the Certificate of Title as against the property.

Creditor is entitled to its reasonable attorney's fees and costs as set forth in its Motion for Relief and may collect the fees and costs as permitted by the Bankruptcy Code.

BY THE COURT:

*Cathleen D. Parker*

4/7/2016

United States Bankruptcy Judge